No. 541, Misc. POWERS v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 542, Misc. BRAUN v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 543, Misc. PENRICE v. OLIVER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 550, Misc. LEWIS v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 7th Cir. Certiorari denied. *Acting Solicitor General Spritzer* for respondent.

No. 551, Misc. WHITE v. LANSON CHEMICAL CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 552, Misc. FAIR v. DEKLE, SUPERVISOR OF ELECTIONS. C. A. 5th Cir. Certiorari denied.

No. 564, Misc. HENNESSY v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 575, Misc. DICKERSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 591, Misc. PEEBLES v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 592, Misc. SCOTT v. CALIFORNIA SUPREME COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 610, Misc. BENNER v. BENNER. Sup. Ct. Pa. Certiorari denied.

No. 613, Misc. HOLLAND v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.